1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNEY OPCO LLC, a Virginia Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03038-KJM-CSK<br><br>**ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

The court having considered the parties' Joint Stipulation and finding good cause, orders as follows:

1. Plaintiff Daniel Cervantes shall have leave of this court to file his First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) within seven (7) days.

2. Defendant shall have thirty (30) days from the date of filing of Plaintiff's First Amended Complaint to file and serve its response to Plaintiff's First Amended Complaint.

3. The Status (Pretrial Scheduling) Conference set for 6/27/2024 is VACATED and CONTINUED to 8/22/2024 at 2:30 PM before Chief Judge Kimberly J. Mueller, with the filing of a Joint Status Report due fourteen (14) days prior.  The August hearing will proceed by video conferencing through the *Zoom* application.  The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

IT IS SO ORDERED.

DATED:  June 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE