Thiago M. Coelho, SBN 324715
*thiago@wilshirelawfirm.com*
Shahin Rezvani, SBN 199614
*srezvani@wilshirelawfirm.com*
Chumahan B. Bowen, SBN 268136
*cbowen@wilshirelawfirm.com*
Jennifer M. Leinbach, SBN 281404
*jleinbach@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, SBN 336294
*jchen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs and Proposed Class*

*Additional counsel continued on next page*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENNEY OPCO LLC, a Virginia Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03038-KJM-CSK<br><br>*Assigned for all purposes to*<br>*Hon. Judge Kimberly J. Mueller*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT INFORMAL SETTLEMENT DISCUSSIONS OR PARTICIPATE IN VDRP** |

**SEYFARTH SHAW LLP**
Myra Villamor (SBN 232912)
*mvillamor@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

**SEYFARTH SHAW LLP**
Minh N. Vu (Admitted *pro hac vice*)
*mvu@seyfarth.com*
975 F St. NW
Washington, D.C. 20004-1454
Telephone: (202) 463-2400

**SEYFARTH SHAW LLP**
Michael E. Steinberg (Admitted *pro hac vice*)
*msteinberg@seyfarth.com*
2 Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: (617) 946-4800

*Attorneys for Defendant PENNY OPCO LLC*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT INFORMAL SETTLEMENT DISCUSSIONS OR PARTICIPATE IN VDRP**

# STIPULATION

Pursuant to Local Rule 144(a), Plaintiff Daniel Cervantes ("Plaintiff") and Defendant Penney OPCO LLC ("Defendant") hereby stipulate as follows:

1. On July 24, 2024, the Court stayed the case, canceled all deadlines, and ordered the parties to conduct informal settlement discussions by September 7, 2024, and if informal settlement could not be reached, to initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") that same day. (EFC No. 23.)

2. Due to intervening circumstances affecting the schedules of both parties, they have not yet found mutual availability of time to meet and confer regarding the possibility of informal settlement.

3. On Plaintiff's side, involved and time-consuming expert discovery in a separate matter demanded the attention of the managing attorney with authority to settle on behalf of the client, which prevented Plaintiff from meaningfully engaging in settlement discussions within the time allowed under the Court's Order.

4. On Defendant's side, pre-arranged travel plans by the case's managing attorney from August 28, 2024, to September 4, 2024, in addition to the in-house managing attorney's pre-planned absence from work matters during the Labor Day week (September 1 through September 7), prevent Defendant from meaningfully engaging in settlement discussions within the time allowed under the Court's Order.

5. Accordingly, the Parties jointly request a thirty (30) day extension of the deadline to engage in settlement discussions or initiate participation in VDRP, up to and including October 7, 2024.

6. The Parties conferred regarding said extension request on August 23, 2024.

7. There have been no prior extensions of time in this civil action.

WHEREFORE, the Parties hereby request a thirty (30) day extension of time to meet and confer regarding informal settlement or to initiate participation in VDRP, up to and including October 7, 2024.

Dated:  September 4, 2024                                    Respectfully submitted,

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiffs and the Proposed Class*

Dated: September 4, 2024

Respectfully submitted,

/s/ Minh N. Vu (as authorized on 8/27/2024)
Minh N. Vu
**SEYFARTH SHAW LLP**
*Attorneys for Defendant*

## ORDER

Good cause appearing, the Parties' deadline to engage in informal settlement discussions or initiate participation in the Court's VDRP is extended to October 6, 2024.

**IT IS SO ORDERED.**

DATED: September 4, 2024.

CHIEF UNITED STATES DISTRICT JUDGE